# UNITED STATES DISTRICT COURT
for the

District of Columbia

Civil Division

| | |
|---|---|
| Kevin Ajenifuja <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> Aliko Dangote <br> Oscar Onyema <br> The Nigerian Stock Exchange <br> The World Bank Group <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case: 1:19-cv-02323   JURY DEMAND <br> Assigned To : Unassigned <br> Assign. Date : 8/2/2019 <br> Description: PRO SE GEN CIV (F-DECK) <br><br> Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kevin Ajenifuja |
| Street Address | 5226 Klingle Street NW |
| City and County | Washington |
| State and Zip Code | DC 20016 |
| Telephone Number | 202-596-9701 |
| E-mail Address | kajenifuja@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant include the person's job or title *(if known)*. Attach additional pages if needed.

**RECEIVED**
AUG 02 2019
Clerk, U.S. District and
Bankruptcy Courts

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Aliko Dangote |
| Job or Title *(if known)* | |
| Street Address | 1 Alfred Rewane Road, PMB 40032 |
| City and County | Falomo Ikoyi |
| State and Zip Code | Lagos, Nigeria |
| Telephone Number | +234.1.448.0815 |
| E-mail Address *(if known)* | aliko.dangote@dangote.com |

Defendant No. 2

| | |
|---|---|
| Name | The Nigerian Stock Exchange |
| Job or Title *(if known)* | Council Secretary |
| Street Address | 2 - 4 Custom Street |
| City and County | Lagos Island |
| State and Zip Code | Lagos, Nigeria |
| Telephone Number | +234.700.225.5673 |
| E-mail Address *(if known)* | tawe@nse.com.ng |

Defendant No. 3

| | |
|---|---|
| Name | Oscar Onyema |
| Job or Title *(if known)* | |
| Street Address | 401 East 34th Street, Apt. South 34C |
| City and County | New York |
| State and Zip Code | NY 10016 |
| Telephone Number | +1.917.334.6354 |
| E-mail Address *(if known)* | oonyema@nigerianstockexchange.com |

Defendant No. 4

| | |
|---|---|
| Name | The World Bank Group |
| Job or Title *(if known)* | General Counsel |
| Street Address | 1818 H Street NW |
| City and County | Washington |
| State and Zip Code | DC 20433 |
| Telephone Number | +1.202.473.1000 |
| E-mail Address *(if known)* | sandie.okoro@worldbank.org |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code § 1836. The Defend Trade Secrets Act of 2016 (DTSA)
18 U.S. Code §§ 1831-39. The Economic Espionage Act
18 U.S. Code §§ 2311-33. The National Stolen Property Act
18 U.S. Code § 1951. Interference with commerce by threats or violence
18 U.S. Code § 241. Conspiracy against rights

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Kevin Ajenifuja, is a citizen of the State of *(name)* District of Columbia.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
       and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Aliko Dangote, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* Nigeria.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

  b. If the defendant is a corporation

   The defendant, *(name)*  The Nigerian Stock Exchange , is incorporated under the laws of the State of *(name)*   , and has its principal place of business in the State of *(name)*

   Or is incorporated under the laws of *(foreign nation)*  Nigeria

   and has its principal place of business in *(name)*  Nigeria

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The value of the trade secrets stolen from the plaintiff exceed $1 billion.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On or about August 6, 2014, employees of the World Bank Group, working in concert with Anita U. Koepcke, conspired with Aliko Dangote and Oscar Onyema of the Nigerian Stock Exchange to steal plaintiff trade secrets from his home in Washington, DC. Anita U. Koepcke, plaintiff's wife at the time, delivered the said trade secrets to the defendants. The Nigerian Stock Exchange took the trade secrets to Morgan Stanley Capital International in New York City for development.(See attachment 1). Plaintiff determined the identity of the defendants around December 2016.

The plaintiff's rights were violated and his life put on a death spiral. Plaintiff lost his high paying job, restraining order was obtained against him based on false allegations, and his business registration with U.S. Securities and Exchange Commission was put in jeopardy based on false allegations.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

The plaintiff seeks actual damages in the amount of $5 billion and punitive damages in the amount of $5 billion. The actual damages represent the economic value of the trade secrets stolen from the plaintiff, while the punitive damages serve as a deterrent.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/02/2019

Signature of Plaintiff

Printed Name of Plaintiff    Kevin Ajenifuja

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Complaint for a Civil Case was served by first-class mail, postage prepaid, on the _2nd_ day of _August_, 20_19_, upon:

Aliko Dangote
1 Alfred Rewane Road, PMB 40032
Falomo Ikoyi, Lagos
Nigeria

The Nigeria Stock Exchange
Council Secretary
2 - 4 Custom Street
Lagos Island, Lagos
Nigeria

Oscar Onyema
401 East 34st Street, Apt South 34C
New York, NY 10016

The World Bank Group
General Counsel
1818 H Street NW
Washington, DC 20433

Kevin Ajenifuja