UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN AJENIFUJA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 1:19-cv-02323-DLF ) |
| ALIKO DANGOTE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### DEFENDANT THE WORLD BANK GROUP'S MOTION TO DISMISS

COMES NOW the World Bank Group, through undersigned counsel, to appear specially and to request respectfully that the Court dismiss the case with prejudice for lack of subject-matter jurisdiction or, alternatively, for failure to state a claim, pursuant to Federal Rules of Civil Procedure 12(b)(1) and (b)(6) and D.D.C. Rule 7.  Per D.D.C. Rule 7(m), there is no duty to confer on dispositive motions.

As explained in the attached Memorandum of Points and Authorities in Support of Motion to Dismiss, the members of the World Bank Group are immune from the instant suit pursuant to the Articles of Agreement, 22 U.S.C. § 288a(b), and related authorities.  In the alternative, Plaintiff fails to state any plausible claim for relief.

WHEREFORE, Defendant respectfully requests that the Court dismiss the Complaint forthwith and with prejudice.

Dated: October 11, 2019

By: /s/ Jeffrey T. Green

Jeffrey T. Green (#426747)
Matthew J. Letten (#1047224)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
jgreen@sidley.com
mletten@sidley.com

*Counsel for The World Bank Group*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th of October, 2019, a copy of Defendant The World Bank Group's Motion to Dismiss and Memorandum of Points of Authorities was filed electronically with the Clerk of the Court using CM/ECF. A copy of the Motion and Memorandum were also mailed, first class, postage prepaid to:

>Kevin Ajenifuja
>5226 Klingle Street, N.W.
>Washington, DC 20016
>*Plaintiff, pro se*

Respectfully submitted,

By: /s/ Jeffrey T. Green

Jeffrey T. Green (#426747)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
jgreen@sidley.com

*Counsel for The World Bank Group*