UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN AJENIFUJA,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>ALIKO DANGOTE, *et al.*,<br><br>　　　　*Defendants*. | No. 19-cv-2323 (DLF) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the Defendants' Motions to Dismiss, Dkts. 33, 34, 47, are **GRANTED** with respect to Counts I, II, and IV; and it is further

**ORDERED** that Counts III and V are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

The Clerk of Court is directed to close this case.

_____
DABNEY L. FRIEDRICH
United States District Judge

September 2, 2020